# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | NO. SA-21-MJ-01105 |
| MARCO ANTONIO ZUNIGA-CARBAJAL | § | |

## NOTICE OF APPEARANCE AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant in the above entitled and numbered cause by and through his attorney of record, and files this notice of appearance as counsel in this cause. In support thereof, Defendant would show unto this Court the following:

I.

The Defendant has retained the undersigned counsel to represent him in this cause. The undersigned counsel is a practicing attorney licensed to practice law in the State of Texas and in the Western District of Texas.

WHEREFORE, premises considered, the Defendant requests that the Court enter his appearance as counsel on the record.

RESPECTFULLY SUBMITTED,

*/s/ Albert A. Flores*

Albert A. Flores
ATTORNEY FOR DEFENDANT
3817 San Pedro
San Antonio, Texas 78212
SBN 24010026
(210) 225-4006
(210) 881-0797 (FAX)

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was delivered via the court's ECF system to the United States Attorney's Office for the Western District of Texas, San Antonio Division, on this the 4th day of October 2021.

_____
Albert A. Flores